# Court of Appeals
# of the State of Georgia

ATLANTA,  August 19, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0124. TOMEKIA WILDER v. THE STATE.**

Tomekia Wilder was found guilty of a traffic offense in municipal court, and she appealed to the superior court. On February 18, 2020, the superior court affirmed the municipal court ruling, and Wilder filed a motion for reconsideration. On August 24, 2020, the superior court denied the motion for reconsideration, and Wilder appeals. We lack jurisdiction for two reasons.

First, under OCGA § 5-6-35 (a) (1), "[a]ppeals from the decisions of the superior courts reviewing decisions of . . . lower courts by certiorari or de novo proceedings" must be made by filing an application for discretionary appeal in this Court.  See *Brown v. City of Marietta*, 214 Ga. App. 840, 841-842 (1) (449 SE2d 540) (1994). Because Wilder failed to follow the discretionary appeal procedure, we lack jurisdiction. See id.

Second, Wilder's notice of appeal is untimely. Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days after entry of an appealable order. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). The denial of a motion for reconsideration is not appealable in its own right nor does it extend the time in which to file a notice of appeal. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Because Wilder did not seek appellate review within 30 days of the superior court's February 18 order – and because the superior court's August 24 order was not appealable – we lack jurisdiction.

For these reasons, Wilder's appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,* __08/19/2021__

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*